UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASUNCION CANO (A# 214-082-678),<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT,<br>Respondent. | No. 1:26-cv-06402 DC SCR<br><br>FINDINGS & RECOMMENDATIONS |

Petitioner is a federal immigration detainee proceeding with a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. The assigned District Judge referred the matter to the undersigned pursuant to Local Rule 302 and 28 U.S.C. § 636(b)(1). ECF No. 8.

On August 31, 2026, District Judge Coggins denied Petitioner's motion for temporary restraining order after determining he was subject to mandatory detention during the 90-day removal period. ECF No. 8 (citing 8 U.S.C. § 1231(a)(2)(A)). Respondent subsequently filed a status report notifying the Court that the Department of Homeland Security ("DHS") removed Petitioner from the United States on August 20, 2026. ECF No. 9.

Based on Respondent's representation that DHS has removed Petitioner from the United States, the undersigned finds that Petitioner's habeas challenge to his prolonged detention is moot. See Abdala v. I.N.S., 488 F.3d 1061, 1065 (9th Cir. 2007) (holding that since petitioner's "habeas claims challenged only the length of his detention, as distinguished from the lawfulness

of the deportation order… [h]is petition was… moot by his removal.”). As a result, the undersigned recommends the petition be denied.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. Petitioner’s application for a writ of habeas corpus (ECF No. 1) be DENIED as moot based on Petitioner’s removal from the United States.

2. The Clerk of Court be directed to enter judgment for Respondent and to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **fourteen days** after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court’s order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: September 2, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE